**EXHIBIT "1"**



**City of**
**FRESNO**
**PERSONNEL SERVICES DEPARTMENT**
2600 Fresno Street, Room 1030
Fresno, California 93721-3614
Telephone: (559) 621-6950 • FAX (559) 498-4775
www.fresno.gov

Jeffrey T. Cardell
Director

May 2, 2014

Arturo J. Gonzalez
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105

Re:   NOTICE OF REJECTION OF CLAIM

      CLAIMANT             :   Jerry and Doris Knox
      DATE OF LOSS      :   3/7/2014
      LOCATION OF LOSS :   San Bruno Btwn 6th & 4th
      CITY FILE NUMBER  :   RM2014033899

Dear Mr. Gonzalez:

Notice is hereby given that the claim presented to the City of Fresno on 3/27/2014 was rejected on 5/2/2014.

### WARNING

You have, subject to certain exceptions, only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See California Government Code § 945.6.  **NOTE:** This six (6) month filing period applies only to State Court actions. If your action is based upon Federal Law and/or you intend to file in Federal Court, a shorter or longer period within to file the action may apply.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,


Rose Miranda
Risk Analyst
(559) 621-6907 Direct Line

RM/ljs

PROOF OF SERVICE
CCP §§ 1011, 1012, 1013, 1013a, 2015.5

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California; I am over the age of 18; and I am not a party to this claim. My business address is City of Fresno, 2600 Fresno Street, Room 1030, Fresno, CA 93721-3612.

On May 2, 2014, I served the document described as Notice of Rejection of Claim by placing the original document in a sealed envelope addressed as follows:

>Arturo J. Gonzalez
>Morrison & Foerster LLP
>425 Market Street
>San Francisco, CA 94105

I am readily familiar with the City of Fresno's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2014, at Fresno, California.

_____
Leslie J. Smith, Sr. Human Resources Technician
Risk Management Division