| | |
|---|---|
| ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>WESLEY E. OVERSON (CA SBN 154737)<br>WOverson@mofo.com<br>XIANG LI (CA SBN 291587)<br>XLi@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522 | BRUCE D. PRAET (CA SBN 119430)<br>bpraet@aol.com<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705-7101<br>Telephone: (714) 953-5300<br>Fax: (714) 953-1143 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>　　　　　　Defendants. | Case No.　　1:14-cv-00799-GSA<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE**<br><br>Judge:　　Honorable Gary S. Austin |

Pursuant to Civil Local Rule 144, Plaintiffs Doris Ray Knox, Jerry Wayne Knox, and Jeremy Edward Moore and Defendants City of Fresno, Edward Christopher Louchren, and Douglas Edward Cox (collectively, "the parties") by and through their respective counsel, stipulate to the following request to extend the case schedule to permit additional time to conduct discovery:

WHEREAS, pursuant to the Scheduling Conference Order, the expert disclosure cutoff is June 12, 2015;

WHEREAS, pursuant to the Scheduling Conference Order, the rebuttal expert disclosure cutoff is July 10, 2015;

WHEREAS, pursuant to the Scheduling Conference Order, the non-expert discovery cutoff is July 10, 2015;

WHEREAS, pursuant to the Scheduling Conference Order, the expert discovery cutoff is August 28, 2015;

WHEREAS, pursuant to the Scheduling Conference Order, the non-dispositive motion filing deadline is September 25, 2015;

WHEREAS, pursuant to the Scheduling Conference Order, the dispositive motion filing deadline is November 6, 2015;

WHEREAS, pursuant to Civil Local Rule 144, the parties may file a stipulation requesting an order extending time to the case schedule;

WHEREAS, the parties are not seeking any modification of other deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that

Time for expert disclosure cutoff be moved to August 28, 2015;

Time for rebuttal expert disclosure cutoff be moved to September 25, 2015;

Time for non-expert discovery cutoff be moved to September 25, 2015;

Time for expert discovery cutoff be moved to October 30, 2015;

Time for non-dispositive motion filing be moved to November 20, 2015; and

Time for dispositive motion filing be moved to January 18, 2016.

**IT IS SO STIPULATED.**

Dated:  April 24, 2014                                   MORRISON & FOERSTER LLP

                                                         By: */s/ Xiang Li*
                                                              XIANG LI

                                                         Attorneys for Plaintiffs


                                                         FERGUSON, PRAET & SHERMAN

                                                         By: */s/ Bruce D. Praet (as authorized on 4/24/2015)*
                                                              BRUCE D. PRAET

                                                         Attorneys for Defendants

Stipulation and Order Extending Schedule
Civil Case No. 1:14-cv-00799-GSA
sf-3529927                                        2

# ORDER

The Court, having considered the parties' Stipulation Extending Schedule (ECF No. 31) and the procedural posture of the case, orders the following deadlines to be continued as follows:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Expert disclosure** | June 12, 2015 | August 28, 2015 |
| **Rebuttal expert disclosure** | July 10, 2015 | September 25, 2015 |
| **Non-expert discovery cutoff** | July 10, 2015 | September 25, 2015 |
| **Expert discovery cutoff** | August 28, 2015 | October 30, 2015 |
| **Non-dispositive motion filing deadline** | September 25, 2015 | November 20, 2015 |
| **Dispositive motion deadline** | November 6, 2015 | January 19, 2016[1] |
| **Pretrial Conference** | January 29, 2016 | April 15, 2016<br>Time: 11:00 a.m.<br>Dept.: 10 |
| **Trial** | March 29, 2016 | June 14, 2016<br>Time: 9:00 a.m.<br>Dept.:10 |

IT IS SO ORDERED.

Dated:  **April 29, 2015**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The date selected by the parties, January 18, 2016, is a court holiday.
Stipulation and Order Extending Schedule
Civil Case No. 1:14-cv-00799-GSA
sf-3529927                    3