| | |
|---|---|
| ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>WESLEY E. OVERSON (CA SBN 154737)<br>WOverson@mofo.com<br>ROBERT J. ESPOSITO (CA SBN 267031)<br>REsposito@mofo.com<br>SABRINA A. LARSON (CA SBN 291661)<br>SLarson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522 | BRUCE D. PRAET (CA SBN 119430)<br>bpraet@aol.com<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705-7101<br>Telephone: (714) 953-5300<br>Fax: (714) 953-1143 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>　　　　　　　Defendants. | Case No.　1:14-cv-00799-EPG<br><br>**STIPULATION AND ORDER MODIFYING EXPERT DISCOVERY AND MOTION DEADLINES IN SCHEDULING ORDER**<br><br>Judge: Honorable Erica P. Grosjean<br><br>Trial Date: June 14, 2016 |

Pursuant to Civil Local Rule 144, Plaintiffs Doris Ray Knox, Jerry Wayne Knox, and Jeremy Edward Moore ("Plaintiffs") and Defendants City of Fresno, Edward Christopher Louchren, and Douglas Edward Cox ("Defendants") (collectively, "the parties") by and through their respective counsel, stipulate and request an order modifying the case schedule to permit additional time to conduct expert discovery.  This request is supported by the Declaration of Arturo J. González, lead trial counsel for Plaintiffs.

WHEREAS, the April 29, 2015 Scheduling Order (Dkt. No. 32) ("Scheduling Order") sets the following deadlines:

Expert disclosure cutoff: August 28, 2015;

Expert rebuttal disclosure cutoff: September 25, 2015;

Expert discovery cutoff: October 30, 2015;

Non-dispositive motion filing deadline: November 20, 2015; and

Dispositive motion filing deadline: January 19, 2016.

WHEREAS, pursuant to Civil Local Rule 144, the parties may file a stipulation requesting an order extending time to the case schedule;

WHEREAS, the parties are not seeking any modification of other deadlines;

WHEREAS, the parties have resolved their limited discovery disputes with informal telephone conferences with retired Magistrate Judge Gary S. Austin, have only two pending discovery issues to discuss and resolve, and are willing to address those two matters informally with Magistrate Judge Erica P. Grosjean, to whom this matter is now assigned for all purposes;

WHEREAS, Defendants are in the process of completing their document production and, due to defense counsel's trial schedule, percipient depositions were only completed last week,

WHEREAS, Plaintiffs do not intend to file any dispositive motions, and the proposed schedule below allows ample time to consider any dispositive motion Defendants may file;

NOW THEREFORE, the Parties hereby stipulate and request that the Scheduling Order be modified as follows:

Time for expert disclosure cutoff be moved to November 9, 2015;

Time for rebuttal expert disclosure cutoff be moved to November 30, 2015;

Time for expert discovery cutoff be moved to December 30, 2016;

Time for non-dispositive motion filing be moved to November 25, 2016; and

Time for dispositive motion filing be moved to January 22, 2016, twelve weeks before the pretrial conference.

**IT IS SO STIPULATED.**

Dated:  October 16, 2015                MORRISON & FOERSTER LLP

By: */s/ Sabrina A. Larson*
    SABRINA A. LARSON

Attorneys for Plaintiffs


FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 10/15/2015)*
    BRUCE D. PRAET

Attorneys for Defendants

Stipulation and Order Modifying Expert Discovery And Motion Deadlines In Scheduling Order
Civil Case No. 1:14-cv-00799-EPG

2

sf-3584186

**ORDER**

The Court, having considered the parties' Stipulation Modifying Expert Discovery and Motion Deadlines and the supporting Declaration of Arturo J. González (ECF No. 52) and good cause appearing therein, orders the following deadlines to be continued as follows:

|  | **PREVIOUS DATE** | **NEW DATE** |
|---|---|---|
| **Expert disclosure** | August 28, 2015 | November 9, 2015 |
| **Rebuttal expert disclosure** | September 25, 2015 | November 30, 2015 |
| **Expert discovery cutoff** | October 30, 2015 | December 30, 2015 |
| **Non-dispositive motion filing deadline** | November 20, 2015 | November 25, 2015 |
| **Dispositive motion deadline** | January 19, 2016 | January 22, 2016 |

All other deadlines remain as set forth in the Scheduling Conference Order (ECF No. 14) and the Stipulation and Order Extending Schedule (ECF No. 32).

IT IS SO ORDERED.

Dated:   **October 20, 2015**            /s/ Erica P. Grosjean
                                                                                UNITED STATES MAGISTRATE JUDGE