**EXHIBIT "1"**

Case 5:05-cv-00034-SGL-OP   Document 208   Filed 03/26/2007   Page 1 of 2



## PRIORITY SEND
## & ENTERED

HIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

MAR 28 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / LXX DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | EDCV 05-00034-SGL (OPx) | Date: March 26, 2007 |

Title:   MARIE CATHERINE OLIVAS, individually, and as the personal representative of RANDY PERCHEZ, JR., deceased, SALINA LLANAS and MORRIS ROCHA -v- CITY OF FONTANA, FONTANA POLICE DEPARTMENT, CHIEF OF POLICE LARRY CLARK, and DOES 1 to 10

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                    Theresa Lanza
Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PETITIONERS:           ATTORNEYS PRESENT FOR RESPONDENT:

Linda Martin,                                Vicki I. Sarmiento for Respondent Roger Clark
Laura L. Stephen,
J. Dimitrios,                                Christopher D. Whyte for City Fontana (Olivas
C. Rinos,                                    Case)
for Petitioners
                                             Dale K. Galipo (plaintiff's counsel in Grier case)

PROCEEDINGS:   ORDER TO SHOW CAUSE HEARING - IN THE MATTER OF RESPONDENT
               ROGER CLARK

An order to show cause hearing came on regularly in response to an Ex Parte Application brought by Specially-Appearing Attorneys for City of Fontana and Police Officers of the City of Fontana Police Department ("petitioners") seeking a finding that Roger Clark acted in contempt of this Court for his alleged disclosure of certain confidential information, all in violation of this Court's protective order of December 12, 2005.

The Court considered all papers submitted in this matter and heard the arguments of Ms. Martin, counsel for petitioner, Ms. Sarmiento, counsel for respondent, Mr. Galipo, plaintiff's counsel in the Grier case, and Mr. Clark.

MINUTES FORM 90
CIVIL -- GEN                          Page 1

DOCKETED ON CM

MAR 28 2007

Initials of Deputy Clerk

Case 5:05-cv-00034-SGL-OP    Document 208    Filed 03/26/2007    Page 2 of 2

... ...OLIVAS ... ...representative of RANDY PERCHEZ, JR., deceased,
... ...and MORRIS ROCHA v CITY OF FONTANA, FONTANA POLICE DEPARTMENT, CHIEF OF
POLICE LARRY CLARK, and DOES 1 to 10
MINUTE ORDER of March 28, 2007

As set forth on the record, the Court finds that respondent, Roger Clark, negligently violated the Court's protective order of December 12, 2005, through the disclosure of confidential and ... information during his deposition given in the state case entitled Grier v. City of Fontana (San Bernardino Superior Court, Case No. SCVSS 118856). However, the Court further finds that Mr. Clark's violation was not wilful or intentional; and that his conduct does not justify a finding of contempt.

Respondent, through his counsel, agreed to recuse himself as an expert witness in the Grier case.

The Court ORDERS that respondent pay the costs and fees associated with petitioner bringing and litigating the above-referenced ex parte application. Toward that end, counsel for petitioner shall submit a declaration setting forth an accounting of their reasonable fees and costs associated with bringing and litigating the above-reference ex parte application, as well as a proposed order, on or before April 2, 2007; counsel for respondent may file an objection to the reasonableness of petitioner's calculations on or before April 9, 2007.

IT IS SO ORDERED.

MINUTES FORM 90
CIVIL – GEN                        Page 2                    Initials of Deputy Clerk: jh

Case 5:05-cv-00034-SGL-OP    Document 216    Filed 05/16/2007    Page 1 of 2

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority
Enterd
IS-5/JS-6
Send Only
Read
Closed
JS-2/JS-3
Docketed on CM

THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

5-17-07

EASTERN DIVISION
BY  DEPUTY

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.  EDCV 05-00034-SGL (OPx)          Date: May 16, 2007

Title:  MARIE CATHERINE OLIVAS, individually, and as the personal representative of RANDY PERCHEZ, JR., deceased, SALINA LLANAS and MORRIS ROCHA -v- CITY OF FONTANA, FONTANA POLICE DEPARTMENT, CHIEF OF POLICE LARRY CLARK, and DOES 1 to 10

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                     None Present
Courtroom Deputy Clerk         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                           None

PROCEEDINGS:     (IN CHAMBERS)  ORDER REGARDING:

(1)  RINOS & MARTIN'S REQUEST FOR FEES AND COSTS, filed April 2, 2007;
(2)  LYNBERG & WATKINS' REQUEST FOR FEES AND COSTS, filed April 2, 2007;
(3)  STIPULATIONS FOR DISMISSAL, filed May 16, 2007.

The Court has received and reviewed Rinos & Martin's request for fees and costs, filed April 2, 2007, and Lynberg & Watkins' request for fees and costs, filed that same day.

At the final hearing concerning the ex parte application of the City of Fontana seeking relief for Roger Clark's alleged violation of the protective order in this case by disclosing protected information in an un-related state case -- which application

MINUTES FORM 90
CIVIL -- GEN

Initials of Deputy Clerk
Docket #216

Exhibit "1"                                    Page 7

Case 5:05-cv-00034-SGL-OP   Document 216   Filed 05/16/2007   Page 2 of 2

was brought by counsel for Rinos & Martin and which allegation was ultimately substantiated – the Court expressly allowed counsel for Rinos & Martin, who represent the City of Fontana in the state case, to submit a request for reasonable fees and costs incurred in bringing its application before this Court.  No such leave was afforded counsel for Lynberg & Watkins, who represent the City of Fontana in the federal case, and the Court finds no basis for awarding such fees and costs to Lynberg & Watkins; accordingly, their request is DENIED.

With respect to the request from counsel for Rinos & Martin, the Court has reviewed the detailed submission of costs and fees prepared by counsel for Rinos & Martin and filed on April 2, 2007.  The Court identified those non-duplicative entries which clearly related to bringing and litigating the application before this Court,[1] and finds based on that review that the total amount of reasonable fees and costs to be $9,898.50, based on 63.3 hours at $145 per hour plus $720 in costs.[2]  Accordingly, respondent Roger Clark is ORDERED to pay counsel for Rinos & Martin $9,898.50 within 30 days of the date of this Order.

The Court has also received and reviewed the stipulations for dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which stipulation is approved.

IT IS SO ORDERED.

---

[1]    The Court did not include time for entries for which counsel failed to provide sufficient information concerning whether the work related to the application before this Court or proceedings in the state court.

[2]    Regarding the remainder of the requested costs, again counsel has failed to provide the Court with sufficient information to determine how much, if any, of the claimed costs relate to submission and litigation of the application before this Court as opposed to the proceedings in state court; this Court will defer to the state court to address the latter as it deems appropriate.

MINUTES FORM 90
CIVIL – GEN

Page 2

Initials of Deputy Clerk  jh
Docket #216