**EXHIBIT "5"**

Case 1:10-cv-00581-AWI-BAM Document 187 Filed 12/21/11 Page 1 of 48

FILED
12/21/2011
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIA ENRIQUEZ

vs.

CITY OF FRESNO

CASE NO. 1:10-cv-00581-AWI

WITNESS & EXHIBIT LIST

The attached comprises the court's record of witnesses and exhibits in the trial of the above-entitled case.

DATED: December 21, 2011

H. NAZAROFF, Courtroom Deputy

EXHIBIT 6
CLARK
1/8/16
Anne Torreano, CSR 10520







Case 1:10-cv-00581-AWI-BAM Document 187 Filed 12/21/11 Page 2 of 48

# UNITED STATES DISTRICT COURT

Eastern District of California

ENRIQUEZ
vs.
CITY OF FRESNO

**EXHIBIT AND WITNESS LIST**

Case Number: CV-10-581-AWI

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ANTHONY W. ISHII** | A. Gonzalez, W. Overson. | J. Weakley, V. Velasco |
| TRIAL DATE(S) 12/6 – | COURT REPORTER **GAIL LACY THOMAS** | COURTROOM DEPUTY **HAROLD NAZAROFF** |

| PLF NO. | DFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS' AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/7 | | | Mike Palomino |
| ✓ | | 12/7 | | | Venu Gopal M.D. |
| ✓ | | 12/7 | | | Alfonso Zarate. |
| ✓ | | 12/7 | | | Depo of. Sean Biggs |
| ✓ | | 12/8 | | | Russell Piercy. |
| ✓ | | 12/8 | | | Durand. Begault. |
| ✓ | | 12/8 | | | Dennis Montejano (Depo) |
| ✓ | | 12/8 | | | Lydia Carrasco. |
| ✓ | | 12/8 | 12/9 | [illegible] | Roger Clark. |
| ✓ | | 12/9 | 12/13 | | Jerry Dyer. |
| | ✓ | 12/13 | | | Xyoob Yang. |
| | ✓ | 12/13 | | | Aurelio Santiago |
| ✓ | | 12/13 | | | Sean Biggs (Depo) |
| ✓ | | 12/13 | | | Depo Mindy Casto (Read) |
| | ✓ | 12/13 | | | Michael Palomino |
| | ✓ | 12/14 | | | Robert Cegielski |
| | ✓ | 12/14 | | | Arthur Lopez (Depo) |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
THEODORE M. HASSE (CA SBN 257794)
THasse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, California 94105-2482
Tel: 415.268.7000
Fax: 415.268.7522

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JULIA DIANE ENRIQUEZ, individually and as successor-in-interest to STEVEN ANTHONY VARGAS, Deceased; JANE CARLOS VARGAS; AMADO VARGAS; STEVEN ANTHONY VARGAS, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); ANGELO ALECZANDER VARGAS (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); JOSE BLAS FIGUEROA, JR. (a minor through his guardian *ad litem*, JULIA DIANE ENRIQUEZ); HAILEY ROSE FIGUEROA (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ); and LEAH REALYNN GORTAREZ-ENRIQUEZ (a minor through her guardian *ad litem*, JULIA DIANE ENRIQUEZ),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; JERRY DYER, in his individual capacity; MIKE PALOMINO, in his individual capacity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 10-CV-00581-AWI-BAM<br><br>**PLAINTIFFS' EXHIBITS**<br><br>Complaint Filed: April 5, 2010<br>Trial Date: December 6, 2011 |

Attached please find Plaintiffs' Exhibit List. Plaintiffs reserve the right to use all documents included on Defendants' Exhibit List and incorporate same by reference.

**INDEX OF EXHIBITS 1-103**

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 1 ✓ | Shootings in Dispute | | | |
| 2 | Fresno Officers with Multiple Shootings | | | |
| 3 | Time for Investigations | | | |
| 4 | Officer Hoagland's – Unresolved Shootings | | | |
| 4.1 | Officer Castillo's – Unresolved Shootings | | | |
| 5 | Repeat Shooters | | | |
| 6 | Armed vs. Unarmed 2005 – 2010 | | | |
| 7 | Positions of Shooters' Targets 2005 – 2010 | | | |
| 8 ✓ | Photograph of Truck – First Scene Photo | 12/7 | | |
| 9 ✓ | Photograph of Truck | 12/7 | | |
| 10 ✓ | Photograph of Fresno Police Car | 12/7 | | |
| 11 ✓ | Photograph of Fresno Police Car (Palomino Depo. Ex. 42) | 12/7 | | |
| 12 ✓ | Photograph of Steven Vargas's car (Palomino Depo. Ex. 44) | 12/7 | | |
| 13 | Photograph of Steven Vargas's car (Original) | | | |
| 14 ✓ | CD containing Excerpts from 911 dispatch center recording from 10/27/2009 (Not for Jury) | 12/7 | | |
| 14.1 | CD containing Excerpts from 911 dispatch center recording from 10/27/2009 | | | |
| 14.2 | CD containing Excerpts from 911 dispatch center recording from 10/27/2009 | | | |
| 14.3 | CD containing Excerpts from 911 dispatch center recording from 10/27/2009 | | | |
| 15 ✓ | Excerpts of Transcript dated May 30, 2011 | | | |
| 15.1 | Excerpts of Transcript dated May 30, 2011 | | | |
| 15.2 | Excerpts of Transcript dated May 30, 2011 | | | |
| 15.3 | Excerpts of Transcript dated May 30, 2011 | | | |
| 16 ✓ | Excerpts from Fresno County Coroner's Report (09-10.272), Oct. 27, 2009 [Redacted] | | | |

16.1 NOT ADMITTED

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 17 ✓ | Photograph of Steven Vargas – Enter Wounds: Chest Photos (Cropped) | 12/7 | | |
| 18 | Photograph of Steven Vargas – Enter Wounds: Chest Photos (Original) | | | |
| 19 ✓ | Photograph of Steven Vargas – Enter Wounds: Chest Photos (Cropped) | 12/7 | | |
| 20 | Photograph of Steven Vargas – Enter Wounds: Chest Photos (Original) | | | |
| 21 ✓ | Interior of SUV – 4 | | | |
| 22 ✓ | Interior of SUV – 4 | 12/7 | | |
| 23 | Technical Services Report (Cegielski Depo Ex. 35) | | | |
| 24 24.1 | Defendants' written discovery responses for trial | 24.1 ADM 12/14 | | |
| 25 ✓ | Parties Stipulated Facts Regarding J. Enriquez Rog. No. 11 [Excerpts – redacted] | | | |
| 26 | 2011-06-13 Defendant, City of Fresno's Remaining Responses to Interrogatories 14-25 by Jane Vargas | | | |
| 27 | Incident Report – Fresno County Sheriff's Department | | | |
| 28 ✓ | 2010 Mid-Year Report of the Fresno Office of Independent Review [Excerpts – Redacted] | 12/8 | | |
| 28.1 | 2010 Year Report of the Fresno Office of Independent Review | | | |
| 29 | Fresno County Grand Jury Final Report # 7, June 3, 2011 | | | |
| 30 | Photograph of Steven Vargas – Birthday (VARGAS 441) | | | |
| 31 | Photograph of Steven Vargas – Birthday 2 (VARGAS 432) | | | |
| 32 | Photograph of Steven Vargas – Family Photo (VARGAS 469) | | | |
| 33 | Photograph of Steven Vargas – Family Photo Enhanced (VARGAS 469) | | | |
| 34 | Photograph of Steven Vargas – Hospital (VARGAS 446) | | | |
| 35 | Photograph of Steven Vargas – New Born (VARGAS 409) | | | |

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 36 | Photograph of Steven Vargas – Family (VARGAS 400) | | | |
| 37 | Photograph of Steven Vargas – Swimming (VARGAS 320) | | | |
| 38 | Photograph of Steven Vargas – Newborn (VARGAS 288) | | | |
| 39 | Photograph of Steven Vargas – Pic-nic (VARGAS 290) | | | |
| 40 | Photograph of Steven Vargas – Family (VARGAS 304) | | | |
| 41 | Photograph of Steven Vargas – Family (VARGAS 408) | | | |
| 42 | Photograph of Steven Vargas - Funeral (VARGAS 548) | | | |
| 43 | Various documents regarding funeral expenses (J. Vargas Depo. Exs. 21-22) [Excerpts] | | | |
| 44 | Copy of a photograph from helicopter (Palomino Depo. Ex. 40) | | | |
| 45 | Copy of a photograph from helicopter (Palomino Depo. Ex. 40) (Original) | | | |
| 46 ✓ | CD containing audio Interview of Aurelio R. Santiago | | | |
| 47 | Transcript Interview of Aurelio R. Santiago Oct. 27, 2009 (Santiago Depo. Ex. 5) (D-404 – D-428) | | | |
| 48 | Audio Interview of Teresa Santiago | | | |
| 49 | Transcript Interview of Teresa Santiago | | | |
| 50 | Audio Interview of FPD Sgr. M. Palomino | | | |
| 51 | Transcript of FPD Sgr. M. Palomino | | | |
| 52 ✓ | Audio Interview of Arthur Lopez page 11 + 12 | | | |
| 53 | Transcript Interview of Arthur Lopez | | | |
| 54 | Audio Interview of Wanda Lopez | | | |
| 55 | Transcript Interview of Wanda Lopez | | | |
| 56 | Audio Interview of Francisco Guillen | | | |

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 57 | Transcript Interview of Francisco Guillen | | | |
| 58 | Audio Interview of Alfonso Zarate & Demetria Zarate | | | |
| 59 | Transcript Interview of Alfonso Zarate & Demetria Zarate | | | |
| 60 | Audio Interview of Lori Del Rio | | | |
| 61 | Transcript Interview of Lori Del Rio | | | |
| 62 | Investigation documents for the 2006-0142 officer shooting (04.06.2011) | | | |
| 62.1 | Investigation documents for the 2006-0142 officer shooting (05.03.2011) | | | |
| 62.2 | Investigation documents for the 2006-0142 officer shooting (05.11.2011) | | | |
| 62.3 | Investigation transcripts for the 2006-0142 officer shooting | | | |
| 63 | Investigation documents for the 2008-0024 officer shooting (06/01/2011) | | | |
| 63.1 | Investigation transcripts for the 2008-0024 officer shooting | | | |
| 64 | Investigation documents for the 2008-0076 officer shooting (05/27/2011) | | | |
| 64.1 | Investigation transcripts for the 2008-0076 officer shooting | | | |
| 65 | Investigation documents for the 2008-0138 officer shooting (04/06/2011) | | | |
| 65.1 | Investigation documents for the 2008-0138 officer shooting (05/03/2011) | | | |
| 65.2 | Investigation documents for the 2008-0138 officer shooting (05/24/2011) | | | |
| 65.3 | Investigation transcripts for the 2008-0138 officer shooting | | | |
| 66 | Investigation documents for the 2009-0037 officer shooting (03/22/2011) | | | |
| 66.1 | Investigation documents for the 2009-0037 officer shooting (04/19/2011) | | | |
| 66.2 | Investigation transcripts for the 2009-0037 officer shooting | | | |

66.4 DIAGRAM — ADM. ONLY.

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 67 | Investigation documents for the 2009-0109 officer shooting (04/06/2011) | | | |
| 67.1 | Investigation documents for the 2009-0109 officer shooting (05/03/2011) | | | |
| 67.2 | Investigation documents for the 2009-0109 officer shooting (05/06/2011) | | | |
| 67.3 | Investigation documents for the 2009-0109 officer shooting (Audio file containing witness interviews) (05/13/2011) | | | |
| 67.4 ✓ | Investigation documents for the 2009-0109 officer shooting (Audio file containing witness interviews) (05/13/2011) | | | |
| 67.5 | Investigation documents for the 2009-0109 officer shooting (08/05/2011) | | | |
| 68 | Investigation documents for the 2009-0137 officer shooting (06/16/2011) | | | |
| 68.1 | Investigation transcripts for the 2009-0137 officer shooting | | | |
| 69 | Investigation documents for the 2009-0159 officer shooting (06/02/2011) | | | |
| 69.1 | Investigation transcripts for the 2009-0159 officer shooting | | | |
| 70 | Investigation documents for the 2010-0093 officer shooting (05/06/2011) | | | |
| 70.1 | Investigation documents for the 2010-0093 officer shooting (Photos) (06/06/2011) | | | |
| 71 ✓ | Investigation documents for the 2010-0127 officer shooting (05/06/2011) | | | |
| 71.1 | Investigation documents for the 2010-0127 officer shooting (06/01/2011) | | | |
| 71.2<br>71.3 ✓ | Investigation documents for the 2010-0127 officer shooting (Photos) 71-3 ADM (5 pages) | | | |
| 72 ✓ | Palomino Declaration in Support of MSJ, dated 7/25/2011 [Dkt. No. 88-11] | | | |
| 73 | Dyer Declaration in Support of MSJ, dated 7/25/2011 [Dkt. No. 88-10] | | | |
| 74 | Dyer Declaration in Support of Joint Statement, dated 4/26/2011 [Dkt. No. 59] | | | |
| 75 | 2nd Amended 30(b)(6) Depo Notice (05/13/2011) | | | |

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| 76 | 2011-04-06 Plaintiffs' Second 30(b)(6) Depo Notice to City of Fresno (Lt. Montejano designee topics) | | | |
| 77 | 2011-06-23 Plaintiffs' Amended Third 30(b)(6) Depo Notice (CALEA topic) | | | |
| 78 ✓ | FPD training records [excerpts] | | | |
| 79 | Shooting Log produced at the Deposition of Lt. Dennis Montejano without Bates stamp nos [Redacted by Defendants] | | | |
| 80 | Shooting Log produced by Defendants | | | |
| 81 | 2009 Running Log | | | |
| 82 | 2005-2010 OIS Log (Montejano Depo. Ex. 28) Dec. 22, 2010 | | | |
| 83 | Assessment Report for the Fresno (CA) Police Department, Apr. 2008 (Casto Depo. Ex. 47) [Excerpts] | | | |
| 84 | Document titled "Standards for Law Enforcement Agencies, A Management Improvement Model Through Accreditation, Use of Force," Feb. 2009 (Myron Depo. Ex. 1) (replaced with a better quality copy w/out a depo stamp) | | | |
| 85 | RAND Study – "Evaluation of the NYC Police Department Firearm Training and Firearm-- Discharge Review Process," 2008 (Clark Depo. Ex. E) | | | |
| 86 | FPD Formal Policies and Procedures: D-1233 to D-1236 (policy 106 re: policy manual), April 1, 2008 | | | |
| 87 | Declaration of Sacramento PD Sgt. Michael Hight re: police shootings (May 5, 2011) | | | |
| 88 | Declaration of San Jose PD Lt. Richard Weger re: police shootings (May 5, 2011) | | | |
| 89 | ISSRSN document re: IA investigations, which was produced by defendants during the July 28, 2011 deposition of Mindy Casto | | | |
| 90 | Expert Report of Roger Clark, July 15, 2011 w/out exhibits | | | |
| 91 | Supplemental Expert Report of Roger Clark, July 29, 2011 w/out exhibits | | | |
| 92 | Expert Report of Dr. Durand Begault, July 13, | | | |

| Exhibit # | Description | Admitted in Evidence | Objection Foundation | Other Objection |
|---|---|---|---|---|
| | 2011 w/out exhibits | | | |
| 93 | C. M. Harris, Acoustical Measurements and Noise Control 3rd Ed. (McGrawHill, 1991) – handbook | | | |
| 94 | Waveform display and CD of related audio file from case aFc 05-9056, showing noise reduction of 2000 Ford F250 XLT Super Duty Truck Cab | | | |
| 95 | Excel spreadsheet from case afc 08-9013, showing analysis for the noise reduction of a 2005 Chevrolet Silverado Truck Cab | | | |
| 96 | E. L. R. Corliss and F. E. Jones, Method for estimating the audibility and effective loudness of sirens and speech in automobiles. Journal of the Acoustical Society of America, 60:5 (1126-1131), 1976. | | | |
| 97 | Waveform display (Figure I) and spreadsheet analyzing foreground and background sounds | | | |
| 98 | Copy of a printout of a map of 4021 E. McKinley Avenue, Fresno, California obtained from the Google Maps website | | | |
| 99 | Video walk-through of scene | | | |
| 100 | Declaration of M. Scott in Opposition to Pltffs' Motion to Modify Sched Order Sanctions and to Compel Discovery; 2011-10-19 (Dkt. No. 113) | | | |
| 101 | Excerpts from Learning Domains | | | |
| 102 | Clark Expert Exhibits | | | |
| 103 | Eddie Aubrey Declaration | | | |
| 104 | Gopal Diagram. | 12/8 | | |
| 105 | Palamino Depo (not for Jury) | 12/7 | | |
| 106 | Audio Report (Expert) Not Adm. | | | |

Dated: December 1, 2011

ARTURO J. GONZÁLEZ
WESLEY E. OVERSON
THEODORE M. HASSE
MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
ARTURO J. GONZÁLEZ
[agonzalez@mofo.com]

Attorneys for Plaintiffs