| | |
|---|---|
| ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>WESLEY E. OVERSON (CA SBN 154737)<br>WOverson@mofo.com<br>ROBERT J. ESPOSITO (CA SBN 267031)<br>REsposito@mofo.com<br>SABRINA A. LARSON (CA SBN 291661)<br>SLarson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Fax: 415.268.7522 | BRUCE D. PRAET (CA SBN 119430)<br>bpraet@aol.com<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705-7101<br>Telephone: (714) 953-5300<br>Fax: (714) 953-1143 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>Defendants. | Case No.   1:14-cv-00799-EPG<br><br>**STIPULATION AND ORDER CONTINUING HEARING**<br><br>Judge:  Honorable Erica P. Grosjean<br><br>**Date**: May 27, 2016<br>**Time**: 10:00 a.m.<br>**Place**: Courtroom 10, 6th Floor |

Pursuant to Civil Local Rule 144, Plaintiffs Doris Ray Knox, Jerry Wayne Knox, and Jeremy Edward Moore ("Plaintiffs") and Defendants City of Fresno, Edward Christopher Louchren, and Douglas Edward Cox ("Defendants") (collectively, "the parties") by and through their respective counsel, stipulate and request an order continuing the hearing on Defendants' Motion for Contempt For Violation of Protective Order (Dkt. No. 56).

WHEREAS, Defendants filed a Motion for Contempt For Violation of Protective Order on March 21, 2016 (Dkt. No. 56);

WHEREAS, Defendants set the date for hearing on their Motion on April 22, 2016;

WHEREAS, the hearing date was not cleared with Plaintiffs' counsel and Plaintiffs' lead trial counsel will likely be in trial on April 22, 2016;

WHEREAS, the parties conferred and contacted the Court regarding a continuance of the hearing until May 27, 2016;

WHEREAS, on March 30, 2016, the Court contacted the parties to request a stipulation and proposed order continuing the hearing on Defendants' Motion until May 27, 2016, at 10:00 a.m.

WHEREAS, the parties are not seeking any modification of other deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that the hearing on Defendants' Motion for Contempt For Violation of Protective Order be set for May 27, 2016 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  March 30, 2016                MORRISON & FOERSTER LLP

By: */s/ Sabrina A. Larson*
     SABRINA A. LARSON

Attorneys for Plaintiffs

FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 30/30/2016)*
     BRUCE D. PRAET

Attorneys for Defendants

**Order**

Based on the above stipulation between the parties, the Court continues the hearing on Defendants' Motion for Sanctions (ECF No. 56), currently set for April 22, 2016 at 10:00 a.m., to **May 27, 2016** at **10:00 a.m.** Briefing shall be filed in accordance with the schedule set by Local Rule 230.

IT IS SO ORDERED.

Dated:   **March 30, 2016**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING HEARING
Civil Case No. 1:14-cv-00799-EPG

3

sf-3639244