**EXHIBIT "1"**

**Fresno Police Department Procedures Manual**

# Mental Illness

Procedure 418

Corresponding Policy 418: Mental Illness

### A. Officer Considerations and Responsibilities

Any officer responding to or handling a call involving a suspected or actual mentally disabled individual or "5150" commitment should carefully consider the following:

- Any available information which might assist in determining the cause and nature of the mental illness or developmental disabilities;
- Conflict resolution and de-escalation techniques specific to dangerous situations involving mentally disabled persons;
- Appropriate language usage;
- If circumstances permit, alternatives to lethal force;
- Community resources which may be readily available to assist with the mentally disabled individual(s); and
- Officers shall attempt to obtain mental health history, if available, and any previous law enforcement contacts that influenced the placement of a WIC §5150 hold.

### B. Evaluation Assistance

When assistance is needed to determine whether a subject should be committed under WIC §5150, officers may contact the Crisis Services Division of the Fresno County Department of Health for evaluation assistance.

Crisis services may either send a worker to the officer's location or render assistance via telephone.

### C. Transportation

Persons who are detained pursuant to WIC §5150 shall be transported in an ambulance to the nearest hospital designated as an evaluation center. The location to which the subject is transported will be determined by EMS personnel and according to Fresno County EMS Protocol.

Individuals that do not have obvious signs of trauma or other medical complaints should be taken directly to the nearest evaluation center.

Individuals who are intoxicated or require medical treatment shall be taken to the nearest hospital designated as an evaluation center. Once care of the subject has been assumed by EMS, the officer's responsibility for the subject is terminated.

**Violent patients or those that are mentally unstable** shall be restrained during transport by ambulance personnel. Upon the paramedics' request, the officer will escort the ambulance to the facility and place that person in a designated treatment room as directed by a staff member. Hospital security will take possession of the individual once at the designated evaluation center, if not in custody.

### D. Restraints

If the patient is violent or potentially violent, the officer will notify both EMS personnel and staff of this concern. Once at the facility the staff member in charge will have discretion as to whether restraints will be used.

If these restraints are desired, the officer will wait while restraints are being applied to help provide physical control of the patient, if needed.

**E.     Confiscation of Firearms and Other Weapons**

When a person has been detained or apprehended for examination pursuant to WIC §5150 and is found to own, have in his or her possession or under his or her control, any firearm or any other deadly weapon, the firearm or other deadly weapon shall be confiscated by the handling officer.

- A Receipt and Notice of Rights for Confiscated Firearms/Other Deadly Weapons form will be issued and the firearm/deadly weapon booked into evidence.  Pursuant to WIC §5150, the person detained must sign the form acknowledging receipt of it.  If the person refuses to sign, the officer shall note "refused to sign" on the "Signature of Person Notified" line.  When the detainee is unable to sign, the officer shall note that the detainee is unable to sign and the reason why (e.g., "Unable to sign-hospitalized").  The officer then shall mail the detainee's copy of the form to their last know address of record.
- The handling officer shall further advise the person of the procedure for the return of any firearm or other deadly weapon as described on the form [WIC §8102(a)].

For purposes of this section deadly weapon means any weapon that the possession of or carrying while concealed is prohibited by Penal Code §12020.

**F.     Securing of Weapons**

If a receiving and secured facility prohibits weapons or if an extraordinary event occurs in the treatment facility and officers determine a need to secure their firearms, the firearm shall be secured in the appropriate gun locker at the facility.

**G.     Patients Personal Property**

Officers shall not remove any personal property from the subject other than weapons. When property belonging to a detainee cannot be transported due to size/content (e.g., bicycle), the item shall be booked into the Property & Evidence Control Section (PECS) consistent with the guidelines of Procedure §804.

- Officers booking property from a detainee into the PECS shall give a copy of the Property for Safe Keeping Receipt to the detainee before he/she is transported by EMS.

**H.     Mental Health Documentation**

The officer shall complete an Application for 72-Hour Detention for Evaluation and Treatment form (Application) stating the circumstances under which the person's condition was called to the attention of the officer, or other individual authorized by statute who has probable cause to believe that the person is, as a result of mental disorder, a danger to others, or to himself or herself, or gravely disabled.  *The officer shall additionally complete a Synoptical Report in RPW, to include sufficient information in the narrative establishing the basis for the WIC §5150 detention.*

The officer shall also provide a verbal summary to EMS personnel or staff members regarding the circumstances leading to the involuntary detention and provide them with the first page of the Application.

The officer shall retain the second page of the Application, *submitting it to Records by the completion of his/her shift.*

**I.     Application for Evaluation and Treatment Form**

When using the form to document a WIC §5150 detention or self-commitment, members shall complete the form in its entirety, ensuring a case number is assigned.  When additional space is needed to adequately document the incident, a supplemental report form shall be utilized.

**J.     Tarasoff Notifications**

Upon receipt of a Tarasoff notification, the receiving member will make reasonable efforts to notify the intended victim(s) of the threat.  The member will complete the required 'Law Enforcement Report of

Firearms Prohibition' form (attached pg. 4) and submit a copy to the address listed at the bottom of the form. The fact that the form was completed and all efforts made to notify the intended victim(s) shall be documented in a police report along with a copy of the completed form.

### K. Mentally Ill Person Charged With a Crime

Any person charged with a crime who may also be mentally ill should be taken to FCJ and booked without seeking a crisis evaluation. If the person is rejected by FCJ, an Application shall be completed in addition to the crime report of the incident, and the subject should be transported to an authorized facility for treatment.

If the person has obvious injuries or some other medical condition, he/she may be taken directly to the hospital.

<u>Fresno County's Psychiatric Health Facility (PHF)</u>
In the event the arrestee is transported for evaluation to PHF, located at the old University Medical Center (UMC) campus, the arresting officer shall contact his/her supervisor to determine if a stand-by is appropriate. When the prisoner is in custody for a non-violent felony that will likely result in an "own recognizance" (OR) release from FCJ, the officer will check the "Notifications To Be Provided To Law Enforcement Agency" box on the Application, and will leave the prisoner at the PHF, a "secure" facility. PHF staff will contact FPD when the evaluation of the prisoner is complete, and he/she is ready for transportation to jail.

When the prisoner to be evaluated at PHF is in custody for a violent felony in which booking and retention in FCJ is likely, standby officer(s) will again check the "Notifications To Be Provided To Law Enforcement Agency" box on the Application, and remain outside the PHF facility, in a location which best allows monitoring which could prevent escape, until such time as PHF staff make notification the prisoner has been evaluated and can be booked at FCJ. Officers should not disarm or cover their uniform with an outer garment prior to entering PHF or any other medical facility for stand-by or a call for service.

### L. Self-Commitments or Person Not Meeting the Criteria for a Hold

A self-commitment is defined as a person who voluntary seeks evaluation by a mental health professional without meeting the criteria for a WIC §5150 hold.

Officers should arrange for an ambulance to transport the person to a medical facility for examination. Officers shall add supplemental information to the *narrative of the Synoptical Report* to include the reason the person did not meet the criteria for WIC §5150 (e.g., person voluntarily went to the hospital, etc.) and the disposition of the event. Members shall complete an Application for Evaluation and Treatment Form which shall be forwarded to Records in its entirety (no copies are provided to the medical facility/ambulance personnel).

### M. Attempted Suicides

When any person has attempted suicide, the person shall be transported to the nearest hospital designated as an evaluation center for medical treatment and evaluation by a Crisis Worker for WIC §5150 admission unless medical personnel determine it is in the patient's best interest, due to medical necessity, to be transported to the closest medical facility.

### N. Walkaways from Mental Health Facilities

Certain members of the Fresno County Mental Health Department and certain private mental health practitioners on contract to the County, may pre-designate a patient as being subject to detention under WIC §5150 based on the patient's history, regardless of the patient's outward behavior when located.

Members taking a report of a person missing from a mental health facility shall ask the RP if he or she is empowered to make this pre-designation for WIC §5150 commitment for the missing mental patient. When this designation is to be applied, it shall be noted in the "requested disposition" blank on the face

sheet with explanation in the narrative.  The requested disposition shall also be noted in all broadcast sheets, teletypes and computer entries.

When a missing mental patient is not subject to a pre-designated WIC §5150 commitment, but was placed at the mental health facility under conservatorship, members shall determine where the RP would like the patient taken when located. This information shall be included in the report, broadcast sheets, teletypes, and computer entries.

When handling missing mental patients, members shall inquire about the patient's mental status, and shall consider implementing the procedures identified under Procedure §332 (Missing Person Reporting), when the patient seems to be in danger due to his/her mental problems.

**O.     Non-Sworn Members**
When a non-sworn Department member comes into contact with a suspected or actual mentally disabled individual and needs assistance, they shall notify the ComCen for an officer response.