Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS RAY KNOX, JERRY WAYNE KNOX, JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO, DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>          Defendants. | No. 1:14-cv-00799 EPG<br><br>**ORDER PERMITTING COUNSEL TO BRING KNIFE EVIDENCE INTO COURT**<br><br>(ECF No. 115) |

Upon consideration of Defendants' Application for an Order to Bring Knife Evidence into Court (ECF No. 115) and GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED:

1

1. Defense counsel, Bruce D. Praet, shall be permitted to bring two knives, as described in ECF No. 115, through security and into the Court on June 14, 2016, as evidence in the above-referenced matter.

2. The knives shall be lodged with the Court's Clerk and retained through trial until disposition at the close of trial.

IT IS SO ORDERED.

Dated:   **June 7, 2016**                                /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

2