| | |
|---|---|
| ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>WESLEY E. OVERSON (CA SBN 154737)<br>WOverson@mofo.com<br>ROBERT J. ESPOSITO (CA SBN 267031)<br>REsposito@mofo.com<br>SABRINA A. LARSON (CA SBN 291661)<br>SLarson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  415.268.7000<br>Fax:  415.268.7522 | BRUCE D. PRAET (CA SBN 119430)<br>bpraet@aol.com<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705-7101<br>Telephone: (714) 953-5300<br>Fax: (714) 953-1143 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>Defendants. | Case No.    1:14-cv-00799-EPG<br><br>**STIPULATION AND ORDER REGARDING BULLETS**<br><br>(ECF No. 89)<br><br>Judge:  Honorable Erica P. Grosjean<br><br>Trial Date: June 14, 2016 |

In order to streamline the presentation of the evidence, the parties agree that the following facts are true:

(1) The first two bullets to strike Veronica Canter (entering the left arm and the left thigh) were not fatal.

**IT IS SO STIPULATED.**

Dated: June 1, 2016                     MORRISON & FOERSTER LLP

By: */s/ Sabrina A. Larson*
       SABRINA A. LARSON

Attorneys for Plaintiffs

FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 6/1/2016)*
       BRUCE D. PRAET

Attorneys for Defendants

IT IS SO ORDERED.

Dated:  **June 7, 2016**                     /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE