1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  WESLEY E. OVERSON (CA SBN 154737)
   WOverson@mofo.com
3  ROBERT J. ESPOSITO (CA SBN 267031)
   REsposito@mofo.com
4  SABRINA A. LARSON (CA SBN 291661)
   SLarson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Fax:  (415) 268-7522

8  Attorneys for Plaintiffs

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>Defendants. | Case No.   1:14-cv-00799-EPG<br><br>**PLAINTIFFS' TRIAL EXHIBITS**<br><br>Judge:  Honorable Erica P. Grosjean<br><br>Trial Date: June 14, 2016 |

Plaintiffs' Trial Exhibits
Civil Case No. 1:14-cv-00799-EPG

| EXHIBIT "PX" | DESCRIPTION |
|---|---|
| 100 | Event Report Excerpt (50-51) |
| 101 | Procedure 418-Mental Illness (3973-3976) |
| 101A | Policy 418-Mental Illness Commitments (3970) |
| 102 | Mental Illness Awareness Update (2009) |
| 102A | Cox Training Excerpt (1484-86) |
| 102B | Louchren Training Excerpt (1260-62) |
| 103 | Procedure 414-Hostages & Barricaded Subjects (2007) (3969-70) |
| 103A | Policy 414-Hostages & Barricaded Subjects (2007)(3971) |
| 104 | Surveillance Video Excerpt |
| 104A | Still photo-Manager Veronica Placentia |
| 104B | Still photo-Officer Cox arrival |
| 104C | Still photo-Officer Louchren meets Officer Cox |
| 104D | Still photo-Officer Cox exits complex with sunglasses |
| 104E | Still photo-Officer Louchren meeting with Dag Lindbeck |
| 104F | Still photo- Angelique Conston and son |
| 105 | Photo of Veronica Canter (Knox 417) |
| 106 | Photo of Basketball Net (511) |
| 107 | Photo of mushroomed bullet (831) |
| 108 | Photos of outside of complex (605, 646, Knox 105, Knox 106) |
| 109 | Photo of wounds to legs (redacted) (574) |
| 110 | Photo of bullet through couch (763) |

Plaintiffs' Trial Exhibits           1
Civil Case No. 1:14-cv-00799-EPG

| | |
|---|---|
| **111** | **Craig 5150 Report (938-39)** |
| **112** | **Ruiz Report (896-903)** |
| **113** | **Transcript of Cox Interview (March 7, 2014) (1324-1346)** |
| **113A** | **Videotape of Cox Interview (March 7, 2014)** |
| **113B** | **Transcript of Cox Interview (January 6, 2015)** |
| **113C** | **Audio of Cox Interview (January 6, 2015)** |
| **114** | **Transcript of Louchren Interview (March 7, 2014) (1347-1376)** |
| **114A** | **Videotape of Louchren Interview (March 7, 2014)** |
| **114B** | **Transcript of Louchren Interview (January 5, 2015)** |
| **114C** | **Audio of Louchren Interview (January 5, 2015)** |
| **115** | **Transcript of Dag Lindbeck Interview with Reese (March 7, 2014) (1315-1323)** |
| **115A** | **Audio of Dag Lindbeck Interview with Reese (March 7, 2014)** |
| **115B** | **Transcript of Dag Lindbeck Interview with Ruiz (March 7, 2014) (1276-1314)** |
| **115C** | **Videotape of Dag Lindbeck Interview with Ruiz (March 7, 2014)** |
| **116** | **Diagram of Apartment (37)** |
| **117** | **OIS Investigation (1092-1128)** |
| **118** | **Coroner's Report** |
| **119** | **Excerpts from Expert Report of Craig Fries** |
| **119A** | **Amended Exhibit I to Craig Fries Expert Report** |
| **120** | **Defendants' Discovery Responses** |
| **121** | **Family Photographs** |
| **122** | **Holiday Cards** |
| **123** | **Burial Expenses** |

1 | Dated: June 7, 2016        MORRISON & FOERSTER LLP

By: _/s/ Arturo J. González_
    ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs