Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE KNOX, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation, JERRY DYER, individually and in his capacity as Chief of Police for the CITY OF FRESNO, <br><br> Defendants. | No. 1:14-CV-0799 EPG <br><br> DEFENDANTS' EXHIBIT LIST <br><br> TRIAL: June 14, 2016 <br> TIME:  8:30 a.m. <br> CTRM: 10 |

TO THE HONORABLE COURT:

Defendants submit the following Exhibit List:

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D-201 | 911 Call | | |
| D-202 | Dispatch audio | | |
| D-203 | Event Log | | |
| D-204 | Knives | | |
| D-205 | Autopsy report | | |
| D-206 | Bullet supplement report | | |

1

| | | | | |
|---|---|---|---|---|
| 1 | D-207 | Dag Lindbeck interview w/Det. Reese | | |
| 2 | | | | |
| 3 | D-208 | Dag Lindbeck interview w/Dets. Gebhart and Ruiz | | |
| 4 | D-209 | Scene Diagram | | |
| 5 | D-210 | Photo - Fenced area | | |
| 6 | D-211 | Photo - Stairs | | |
| 7 | D-212 | Photo - Front of complex | | |
| 8 | D-213 | Photo - Interior couch | | |
| | D-214 | Photo - Interior couch | | |
| 9 | D-215 | Photo - View kitchen to door | | |
| 10 | D-216 | Photo - View hall to door | | |
| 11 | D-217 | Photo - 2nd room | | |
| 12 | D-218 | Photo - Decedent's bags at gate | | |
| 13 | D-219 | Photo - Bullet casings | | |
| 14 | D-220 | Photo - Knife and couch | | |
| | D-221 | Photo - Knife on couch | | |
| 15 | D-222 | Photo - Marker A to couch, to Marker A3 | | |
| 16 | | | | |
| 17 | D-223 | Photo - Taser on table | | |
| 18 | D-224 | Photo - From Cox view | | |
| 19 | D-225 | Photo - View from slider to couch | | |
| 20 | D-226 | Photo - View from outside stairs into apartment | | |
| 21 | D-227 | Photo - Bullet in tapestry | | |
| 22 | D-228 | Photo - Bullets from wall | | |
| 23 | D-229 | Photo - Right hand at scene | | |
| 24 | D-230 | Photo - Right hand bagged at autopsy | | |
| 25 | D-231 | Photo - Left hand at autopsy | | |
| 26 | D-232 | Laser Scan 2 | | |
| 27 | D-233 | Laser Scan 3 | | |
| 28 | D-234 | Photo - Page 46, Fries report | | |

| | | | |
|---|---|---|---|
| D-235 | Photo - Page 47, Fries report | | |
| D-236 | Topdown 3D of scene | | |
| D-237 | Taser<br>3D model; front and side | | |
| D-238 | Gunshot wound A<br>3D model; front and side | | |
| D-239 | Gunshot wound B<br>3D model; front and side | | |
| D-240 | Gunshot wound C<br>3D model; front and side | | |
| D-241 | Gunshot wound D<br>3D model; front and side | | |
| D-242 | Gunshot wound E<br>3D model; front and side | | |

Dated:  June 8, 2016               FERGUSON, PRAET & SHERMAN
                                   A Professional Corporation


                              By:    /s/ Bruce D. Praet
                                   Bruce D. Praet,
                                   Attorneys for Defendants