ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
ROBERT J. ESPOSITO (CA SBN 267031)
REsposito@mofo.com
SABRINA A. LARSON (CA SBN 291661)
SLarson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Fax:  (415) 268-7522

Attorneys for Plaintiffs

BRUCE D. PRAET (CA SBN119430)
bpraet@aol.com
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, California 92705-7101
Telephone: (714) 953-5300
Fax: (714) 953-1143

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIS RAY KNOX; JERRY WAYNE KNOX; JEREMY EDWARD MOORE, individually and as successor-in-interest to VERONICA LYNN CANTER, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipal corporation; EDWARD CHRISTOPHER LOUCHREN, individually and in his capacity as a police officer for the CITY OF FRESNO; DOUGLAS EDWARD COX, individually and in his capacity as a police officer for the CITY OF FRESNO,<br><br>Defendants. | Case No.   1:14-cv-00799-EPG<br><br>**JOINT WITNESS LIST**<br><br>Judge:  Honorable Erica P. Grosjean<br><br>Trial Date: June 14, 2016 |

Per the Court's Pretrial Order (Dkt. No. 64), the parties submit this joint witness list:

1. Officer Douglas Edward Cox
2. Officer Edward Christopher Louchren
3. Officer Stephen Craig
4. Dag Lindbeck
5. Veronica Placentia
6. Martin Stevens
7. Angelique Conston
8. Wendell Walker
9. Dr. Venu Gopal
10. D.P. Van Blaricom
11. James L. Norris
12. George T. Williams
13. Craig Fries
14. Roger A. Clark
15. Dennis Montejano
16. Robert Nevarez
17. Ignacio Ruiz
18. Joe Alvarez
19. Sean T. Biggs
20. Eziquiel Suarez
21. Doris Ray Knox
22. Jerry Wayne Knox
23. Jeremy Edward Moore

| | |
|---|---|
| Dated: June 14, 2016 | MORRISON & FOERSTER LLP |

By:    */s/ Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorneys for Plaintiffs


FERGUSON, PRAET & SHERMAN

By: */s/ Bruce D. Praet (as authorized on 6/9/2016)*
      BRUCE D. PRAET

Attorneys for Defendants