# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    California

| | |
|---|---|
| JERRY WAYNE KNOX, ET AL.<br>V.<br>CITY OF FRESNO, ET AL. | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:    1:14-CV-00799-EPG |

| PRESIDING JUDGE<br><br>ERICA P. GROSJEAN | PLAINTIFF'S ATTORNEY<br>Arturo Gonzalez, Sabrina Larson, Wesley Overson, and Robert Esposito | DEFENDANT'S ATTORNEY<br><br>Bruce Praet |
|---|---|---|
| TRIAL DATE (S)<br><br>6/14/2016 – 6/20/2016 | COURT REPORTER<br>Otilia Rosales / Esther Valdez / Peggy Crawford | COURTROOM DEPUTY<br><br>Amanda Martinez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | **6/14/16** | | | |
| X | | | | | Officer **Douglas Edward Cox** sworn and testified |
| X | | | | X | **PX100**: Event Report Excerpt (50-51) |
| X | | | | X | **PX104B**: Still photo – Officer Cox arrival |
| X | | | | X | **PX108**: Photos of outside of complex |
| X | | | | X | **PX101**: Procedure 418 – Mental Illness |
| X | | | | X | **PX102A**: Cox training excerpt |
| X | | | | X | **PX102**: Mental Illness Awareness Update (2009) |
| X | | | | X | **PX104C**: Still photo – Officer Louchren meets Officer Cox |
| X | | | | X | **PX104D**: Still photo – Officer Cox exits complex with sunglasses |
| | X | | | X | **D202**: Dispatch Audio *(redacted copy provided by Mr. Praet)* |
| | X | | | X | **D204**: Knives |
| | X | | | X | **D209**: Scene Diagram |
| | X | | | X | **D213**: Photo – Interior couch |
| X | | | | X | **PX106:** Photo of basketball net |
| X | | | | X | **PX109:** Photo of wounds to leg (redacted) |

|   |   | 6/15/16 |   |   |   |
|---|---|---|---|---|---|
| X |   |   |   |   | Officer **Douglas Edward Cox** – resumes testimony. |
| X |   |   |   |   | Officer **Edward Christopher Louchren** sworn and testified |
| X |   |   |   | X | **PX104E**: Still photo – Officer Louchren meeting with Dag Lindbeck |
| X |   |   |   | X | **PX102B**: Louchren training excerpt |
| X |   |   |   |   | **Angelique Conston** sworn and testified |
| X |   |   |   | X | **PX104F**: Still photo - Angelique Conston and son |
|   | X |   |   | X | **D211**: Photo - stairs |
| X |   |   |   |   | **Veronica Placentia** sworn and testified |
| X |   |   |   |   | **Sgt. Sean T. Biggs** sworn and testified |
| X |   |   |   | X | **PX110**: Photo of bullet through couch |
| X |   |   |   | X | **PX107**: Photo of mushroomed bullet |
| X |   |   |   |   | **D.P. Van Blaricom** sworn and testified |
| X |   |   |   | X | **PX103A**: Policy 414 – Hostages and Barricaded Subjects |
|   |   | 6/16/16 |   |   |   |
| X |   |   |   | X | **PX105:** Photo of Veronica Canter |
|   | X |   |   | X | **D229:** Photo – right hand at scene |
|   | X |   |   | X | **D231:** Photo – left hand at autopsy |
|   | X |   |   | X | **D225:** Photo – view from slider to couch |
|   | X |   |   | X | **D228:** Photo – bullets from wall |
|   | X |   | X |   | **D236:** Topdown 3D of scene |
| X |   |   |   |   | **D.P. Van Blaricom** resumes testimony |
| X |   |   |   |   | **Martin Stevens** sworn and testified |
|   |   |   |   |   | *PLAINTIFFS REST* |
|   | X |   |   |   | **Officer Stephen Craig** sworn and testified |
|   | X |   |   |   | **Dag Lindbeck** sworn and testified |
|   | X |   |   | X | **D201:** 911 Call |
|   | X |   |   |   | **George T. Williams** sworn and testified |
|   |   |   |   |   | *DEFENDANTS REST* |