U*NITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

JERRY WAYNE KNOX, ET AL,

    Plaintiffs,

**JUDGMENT IN A CIVIL ACTION**

v.                             1: 14-cv-00799-EPG

CITY OF FRESNO, ET AL,

    Defendants.

_____/

    JURY VERDICT:    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Defendants in accordance with the jury verdict rendered June 20, 2016.  The Clerk of the Court is instructed to close this case.

DATED: June 21, 2016                          MARIANNE MATHERLY, Clerk

                                             By:    A. Martinez

                                                  Deputy Clerk